William M. Woolman, State Bar No. 145124
Christopher M. Rusca, State Bar No. 264608
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone:   (559) 421-7000
Facsimile:   (559) 473-1483

Attorneys for Plaintiff, WM. B. SALEH COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF WM. B. SALEH COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>K.O.O. CONSTRUCTION INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.   1:15-cv-01141—SKO<br><br>**EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS; ORDER**<br><br>Action Filed:   July 22, 2015<br>Trial Date:     None |
|---|---|

Plaintiff, UNITED STATES OF AMERICA FOR USE AND BENEFIT OF WM. B. SALEH, requests this Court modify its minute order of June 22, 2016, to allow nine (9) additional days for the filing of dismissal documents. Defendant's settlement payment has now been received but has not yet cleared at Plaintiff's bank. This extension would make the new deadline for filing dismissal documents August 19, 2016.

Dated:  August 10, 2016                                             **SAGASER, WATKINS & WIELAND PC**

By: /s/ William M. Woolman
        William M. Woolman
        Christopher M. Rusca
        Attorneys for Plaintiff, WM. B. Saleh Company

1
**EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS**

011303.00003 - 151467.1

## **ORDER**

Upon request of Plaintiff, and good cause appearing, IT IS HEREBY ORDERED that the parties shall file their dismissal documents by no later than August 19, 2016.

IT IS SO ORDERED.

Dated:   **August 11, 2016**                              /s/ *Sheila K. Oberto*                  .
                                                                         UNITED STATES MAGISTRATE JUDGE