William M. Woolman, State Bar No. 145124
Christopher M. Rusca, State Bar No. 264608
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone:   (559) 421-7000
Facsimile:    (559) 473-1483

Attorneys for Plaintiff, WM. B. SALEH COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA FOR USE AND BENEFIT OF WM. B. SALEH COMPANY, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> K.O.O. CONSTRUCTION INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.   1:15-cv-01141—SKO <br><br> **STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT; ORDER** <br><br> Action Filed:   July 22, 2015 <br> Trial Date:      None |
|---|---|

Plaintiff, UNITED STATES OF AMERICA FOR USE AND BENEFIT OF WM. B. SALEH, and Defendants K.O.O. CONSTRUCTION and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, by and through their respective undersigned attorneys, hereby stipulate to dismissal with prejudice of the complaint in this action pursuant to Fed. R. Civ. P. 41(a) and subject to the terms and conditions of the parties' settlement agreement herein.   Each party shall bear its own attorney's fees and costs, provided TRAVELERS reserves its indemnity and reimbursement rights against K.O.O. for its fees and costs.

IT IS SO STIPULATED.

Dated:  August 19, 2016                                                    **SAGASER, WATKINS & WIELAND PC**


By: /s/William M. Woolman
     William M. Woolman
     Christopher M. Rusca
     Attorneys for Plaintiff, WM. B. Saleh Company

1

Stipulation of Dismissal Pursuant to Settlement; Order

011303.00003 - 152527.1

Dated: August 19, 2016　　　　　　　　　　**ROGERS JOSEPH O'DONNELL**

　　　　　　　　　　　　　　　　　　　　　By: /s/Patricia A. Meagher
　　　　　　　　　　　　　　　　　　　　　　　　Patricia A. Meagher
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant, K.O.O. Construction, Inc.

Dated: August 19, 2016　　　　　　　　　　**SALAMIRAD, MORROW, TIMPANE & DUNN LLP**

　　　　　　　　　　　　　　　　　　　　　By: /s/Michael J. Timpane
　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Timpane
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant, Travelers Casualty and Surety Company of America

### ORDER

Pursuant to the parties' above stipulation, it is hereby ORDERED that:

1.　　Plaintiff's action is DISMISSED WITH PREJUDICE against Defendants K.O.O. Construction and Travelers Casualty and Surety Company of America pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).

2.　　Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:　**August 21, 2016**　　　　　　　　　/s/ *Sheila K. Oberto*　　　.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE